# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | )   Case No. |
| CONNOR JUDD | ) |
| DOB: xx/xx/xxxx | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 22, 2020   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Willfully injures or commits depradation on property of United States causing damage in excess of $1,000. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☐ Continued on the attached sheet.

*Complainant's signature*

Carl R. Holmberg, Detective Sergeant, USPP
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:   06/26/2020

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, United States Magistrate
*Printed name and title*

Print    Save As...    Attach    Reset